UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------------------x    Case No.: 20-cv-07903

DIALECTIC DISTRIBUTION, LLC

                Plaintiff(s),

   -against-

DAVID CAMEO, DIGITAL DIRECT & MORE, CAMEO
DISTRIBUTION, INC., CAMEO ELECTRONICS AND
DISTRIBUTION, INC. AND SHOSHANA OSTRON

                Defendants.
----------------------------------------------------------------x

## FRCP Rule 7.1 disclosure

Defendants DIGITAL DIRECT & MORE, and CAMEO DISTRIBUTION, INC., through counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that they are nongovernmental domestic business corporations organized under the laws of the State of New York and are defendants in the above action, and do not have any parent corporation or publicly held corporation that owns more than 10% of their stock.

Dated: June 29, 2020


/s/ Rachel Kaylie
Lust & Leonov, P.C.
Attorneys for Defendants
By: Rachel Kaylie, Esq, Of Counsel
75 Maiden Lane, #506
New York, NY 10038
212-518-1503
718-615-9000 - direct